**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, | ) Case No.: 1:19-cv-00037 DAD JLT ) |
| Plaintiff, | ) ORDER CLOSING THE CASE ) (Doc. 6) |
| v. | ) ) |
| CONTRACTORS INSURANCE COMPANY OF NORTH AMERICA, INC., | ) ) |
| Defendant. | ) ) |

The plaintiff has filed a notice of voluntary dismissal. (Doc. 6) No defendant has appeared in this action. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: __**April 10, 2019**__          _____**/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE